IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**MICHAEL F. JACKSON,**

    **Petitioner,**

v.                                                Case No.  5:14cv357-MW/CJK

**JULIE L. JONES, Secretary,**
**Florida Department of Corrections,**
**et al.,**

    **Defendants.**
_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 23, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 24.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "The petition for writ of habeas, ECF No. 1, challenging the judgment of conviction and sentence in *State of Florida v. Michael Fitzgerald Jackson*, Jackson County Circuit

1

Court Case No. 09-CF-744 is **DENIED**.  A certificate of appealability is **DENIED**."  The Clerk shall close the file.

    **SO ORDERED on November 23, 2016.**

                                      <u>**s/Mark E. Walker**</u>
                                      **United States District Judge**